**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**David BRUDER, a/k/a David Edward Bruder, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 9, 1998.

PER CURIAM:

AND NOW, this 9th day of September, 1998 we **GRANT** the Petition for Allowance of Appeal limited to the following issue:

DID THE SUPERIOR COURT ERR IN AFFIRMING THE DENIAL OF POST CONVICTION RELIEF WITHOUT A HEARING, WHERE PLEA COUNSEL DID NOT FILE A DIRECT APPEAL ON PETITIONER'S BEHALF DESPITE PETITIONER'S ALLEGED REQUEST TO DO SO, THUS IMPLICATING PETITIONER'S CONSTITUTIONAL RIGHT TO A DIRECT APPEAL?

**Keith M. SCOTT, Appellee,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

Supreme Court of Pennsylvania.

Sept. 10, 1998.

Thomas W. Corbett, Jr., Gregory R. Neuhauser, John G. Knorr, Harrisburg, for appellant.

George W. Westervelt, Jr., Stroudsburg, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of September, 1998, the Petition on Remand For Affirmance Of This Court's Judgment On State Constitutional Grounds is denied. The Order of the Pennsylvania Board of Probation and Parole is reinstated.

NEWMAN, J., did not participate in the consideration or decision of this matter.